```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 00803
   JOHN R LIGAY
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-6334

----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 01/18/2007 and was confirmed 06/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/27/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
----------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00           .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    22289.66           .00         590.51
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED           .00           .00
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00           .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     5000.00           .00         132.46
COUNTRYWIDE HOME LOANS     NOTICE ONLY     NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY     NOT FILED           .00           .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC   13066.98         672.91        4583.30
AMERICREDIT                UNSECURED       NOT FILED           .00           .00
AMERICREDIT                NOTICE ONLY     NOT FILED           .00           .00
DAVID FRANKEL              NOTICE ONLY     NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         2937.60            .00           .00
D PATRICK MULLARKEY        NOTICE ONLY     NOT FILED           .00           .00
US ATTORNEYS OFFICE        NOTICE ONLY     NOT FILED           .00           .00
ASPIRE VISA GOLD           UNSECURED         254.37            .00           .00
US CELLULAR                UNSECURED       NOT FILED           .00           .00
BANK OF NEW YORK           NOTICE ONLY     NOT FILED           .00           .00
RECOVERY MANAGEMENT SYST   UNSECURED             .00           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED         576.82            .00           .00
ILLINOIS DEPT OF REV       PRIORITY          997.80            .00           .00
PAUL M BACH                DEBTOR ATTY      1,700.00                     1,700.00
TOM VAUGHN                 TRUSTEE                                         570.82
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                 8,250.00

PRIORITY                                        .00

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 00803 JOHN R LIGAY
```

```
SECURED                                                     5,306.27
    INTEREST                                                  672.91
UNSECURED                                                        .00
ADMINISTRATIVE                                              1,700.00
TRUSTEE COMPENSATION                                          570.82
DEBTOR REFUND                                                    .00
                                        ---------------   ---------------
TOTALS                                       8,250.00          8,250.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 07 B 00803 JOHN R LIGAY